*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, GARRISON, and DALY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Johnny A. RANGEL**
Staff Sergeant (E-6), U.S. Marine Corps
*Appellant*

**No. 202300055**

_____

Decided: 28 September 2023

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Adam J. Workman

Sentence adjudged 3 November 2022 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-3 and a bad-conduct discharge.

For Appellant:
*Commander Jesse A. Schaefer, JAGC, USN*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

———————————————

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.